# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ DE LA TORRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01269-FLA (SHKx)<br><br>**ORDER GRANTING STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES [DKT. 20]** |

-1-

## **ORDER**

On March 22, 2022, Plaintiff LUZ DE LA TORRE ("Plaintiff") and Defendant FCA US LLC ("Defendant") (collectively, the "Parties") filed the Stipulation Regarding Plaintiff's Attorney's Fees, Costs and Expenses ("Stipulation").  Dkt. 20. The Parties stipulate to the entry of an order regarding the issue Plaintiff's attorney's fees, cost, and expenses.  *Id.*  Having reviewed the Stipulation and finding good cause therefor, the court GRANTS the Stipulation and ORDERS as follows:

(1) That Defendant shall pay the sum of $8,500.00 to Plaintiff, and Plaintiff hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $8,500.00 to Plaintiff within 60 days of March 22, 2022, unless matters outside of the control of Defendant cause delay.

IT IS SO ORDERED.

Dated: March 25, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge